## Commonwealth *v.* Sullivan, Appellant.

*Simon B. John,* Assistant Public Defender, for appellant; *Gerald R. Solomon,* Assistant District Attorney, with him *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Svilar, Appellant.

Submitted November 9, 1970. *Robert D. Douglass,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Taylor, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.